**Burton Samuel COMENSKY,
Petitioner**

v.

**DUQUESNE BUSINESS ADVISORY
CORP., Respondent**

No. 58 WAL 2017

Supreme Court of Pennsylvania.

June 27, 2017

## ORDER

PER CURIAM

**AND NOW,** this 27th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**